## Case No. 3,425.

CROSBY v. The SUNSHINE.

[Nowhere reported; opinion not now accessible.]